# United States Court of Appeals
### For the Eighth Circuit

_____

No. 25-1309
_____

Wanda Thompson

*Plaintiff - Appellant*

v.

Conagra Brands, Inc., originally named as Conagra Brands

*Defendant - Appellee*
_____

Appeal from United States District Court
for the Eastern District of Arkansas - Central
_____

Submitted: September 3, 2025
Filed: September 10, 2025
[Unpublished]
_____

Before SMITH, SHEPHERD, and ERICKSON, Circuit Judges.
_____

PER CURIAM.

Arkansas resident Wanda Thompson appeals following the district court's[1] adverse grant of summary judgment in favor of her former employer, Conagra

_____

[1]The Honorable Brian S. Miller, United States District Judge for the Eastern District of Arkansas.

Brands, Inc., on her claims of race discrimination and retaliation. After careful review of the record and the parties' arguments on appeal, we conclude the adverse grant of summary judgment was proper for the reasons explained by the district court. See Williams v. United Parcel Serv., Inc., 963 F.3d 803, 807 (8th Cir. 2020) (reviewing grant of summary judgment de novo).

Accordingly, we affirm. See 8th Cir. R. 47B.

_____